HAROLD M. LEVAN v. AMERICAN SAFETY TABLE CO., INC., and Others.— Motion granted, except that plaintiff may apply in the court below for the examination of the defendants before trial as adverse parties and for a commission to take depositions of a witness residing without the State, and that the plaintiff may apply for such other intermediary proceedings as may be necessary to enable him to prove the allegations of his complaint, which application may be opposed by defendants' attorney if so advised. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL SULTAN v. JULIUS CORN.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY GURSKY v. JACOB MANDELBAUM and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MACK COHEN and Another.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL INGBER.— Motion granted and the time for appellants to bring on their appeal for argument enlarged until November 1, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. DAVID M. NEUSCHTAT.— Motion granted and the time for the appellant to bring on his appeal for argument enlarged until November 1, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. AUGUST BISCHOFF.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MAX ROGAN.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM FEUER and Another.— Motion granted and the time for the appellants to bring on their appeal for argument enlarged until November 1, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NEW AMSTERDAM HOLDING COMPANY v. HENRY C. COPELAND and Another.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of HELEN L. BEATTIE, Deceased.— Motion granted, the order of this court entered on the 15th day of July, 1927, vacated and appeal reinstated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES HALPERN.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EARLINGTON REALTY CORPORATION.— Motion granted and the time for the appellant to bring on its appeal for argument enlarged until November 1, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of WILLIAM MUSS ARNOLT and Another, as Executors, etc., of CHARLOTTE FRANCES LOUISE ARNOLT, Deceased. WILLIAM MUSS ARNOLT, Appellant.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.